An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH MATHAHS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALERIE ADAIR, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 61359

FILED

JAN 31 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## ORDER DISMISSING PETITION

This original petition for a writ of mandamus or prohibition challenges an order of the district court denying petitioner Keith Mathahs' pretrial motion to dismiss the indictment. See NRS 34.160; NRS 34.320; Round Hill Gen. Imp. Dist. v. Newman, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). Mathahs argues that the charges alleged in the indictment fail to give him sufficient notice to defend against the State's allegations. Mathahs pleaded guilty to charges in an amended indictment and the indictment that is the subject of this petition has been dismissed. Accordingly, we dismiss the petition as moot. See University Sys. of Nevada v. Nevadans for Sound Gov't, 120 Nev. 712, 720, 100 P.3d 179, 186

SUPREME COURT
OF
NEVADA

(O) 1947A

13-03328

(2004) (recognizing "that cases presenting live controversies at the time of their inception may become moot by the occurrence of subsequent events").

It is so ORDERED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Parraguirre

cc: Hon. Valerie Adair, District Judge
Gordon Silver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We deny petitioner's request for oral argument. NRAP 34(f)(1).